IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SHUBA, | * | |
| Plaintiff, | * | Civil Action No. 2:17-cv-01379-DSC |
| v. | * | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT STIPULATON OF DISMISSAL WITH PREJUDICE

Plaintiff, William Shuba, and Defendant, Norfolk Southern Railway Company, by and through their respective undersigned counsel and pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, having resolved this dispute, hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted this 10th day of September, 2019.

/s/   P. Matthew Darby
P. Matthew Darby
H. David Leibensperger
Berman, Sobin, Gross, Feldman & Darby
1301 York Road Suite 600
Lutherville, Maryland 21093
Telephone (410) 769-5400
Fax: (410) 769-9200
pmdarby@bsgfdlaw.com
hdavid@bsgfdlaw.com

/s/   Jeffrey A. Jackson
Jeffrey A. Jackson
Burns White
Burns White Center
48 26th Street
Pittsburgh, PA 15222
jajackson@burnswhite.com
Counsel for Defendant, Norfolk Railway Company

/s/   Joseph P. Sirbak, II
Joseph P. Sirbak, II, Esquire
Cozen O'Connor
One Liberty Place
1650 Market Street
Suite 2800
Philadelphia, PA  19103
jsirbak@cozen.com
Counsel for Defendant, Norfolk Southern Railway Company