IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM SHUBA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:17cv1379 |
| ) | **Electronic Filing** |
| **NORFOLK SOUTHERN RAILWAY** ) | |
| **COMPANY**, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this 11th day of September, 2019, in accordance with Joint Stipulation of Dismissal (**Document No. 43**) filed by the parties,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

                                                s/ DAVID STEWART CERCONE
                                                David Stewart Cercone
                                                United States District Judge

cc:    Edward A. Shenderovich, Esquire
        P. Matthew Darby, Esquire
        H. David Leibensperger, Esquire
        Jeffrey A. Jackson, Esquire
        Joseph P. Sirbak, II, Esquire

        (*Via CM/ECF Electronic Mail*)